**Order entered October 30, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00858-CR

## JOSHUA RYAN FLANAGIN, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 354th Judicial District Court**
**Hunt County, Texas**
**Trial Court Cause No. 32550CR**

## ORDER

We **GRANT** appellant's motion to extend time to file his brief and **ORDER**

the amended brief filed as of the date of this order.


       /s/    CORY L. CARLYLE
              JUSTICE